**Dismissed and Opinion Filed January 6, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00767-CV

**LAWRENCE DALE OCHS AND JOHN JOSEPH OCHS, Appellants
V.
DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS, Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-19-01075**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Molberg

On November 23, 2020, we directed appellants to file their brief, which was overdue, within ten days. Although we cautioned appellants that failure to comply would result in dismissal of the appeal without further notice, appellants have yet to file their brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Ken Molberg//
KEN MOLBERG
JUSTICE

200767f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LAWRENCE DALE OCHS AND
JOHN JOSEPH OCHS, Appellants

No. 05-20-00767-CV     V.

DALLAS COUNTY, PARKLAND
HOSPITAL DISTRICT, DALLAS
COUNTY COMMUNITY
COLLEGE DISTRICT, DALLAS
COUNTY SCHOOL
EQUALIZATION FUND, DALLAS
INDEPENDET SCHOOL
DISTRICT, AND CITY OF
DALLAS, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. TX-19-01075.
Opinion delivered by Justice
Molberg, Justices Reichek and
Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 6th day of January, 2021.